IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARITY SOFTWARE, LLC, | Case No. 2:12-cv-01609-MRH |
| Plaintiff, | |
| vs. | JURY TRIAL DEMANDED |
| FINANCIAL INDEPENDENCE GROUP, LLC and LUCAS PARTNERS, INC. d/b/a CAROLINA COMPUTER PARTNERS, | ELECTRONICALLY FILED |
| Defendants. | |

### RATIFICATION OF VINCENT B. HECK

I, Vincent B. Heck, hereby affirm that to the extent that I am a real party in interest in the above-captioned Action in my personal capacity, I authorize the continuation of this Action and agree to be bound by its result. I further affirm that I have discussed this Ratification with my attorneys and understand its ramifications.

Dated: March 6, 2013

_____
Vincent B. Heck